■ In the Matter of YASIAS A., a Person Alleged to be a Juvenile Delinquent, Appellant. [670 NYS2d 83] —Order of disposition, Family Court, New York County (Rhoda Cohen, J.), entered on or about November 19, 1996, which adjudicated appellant a juvenile delinquent, following a fact-finding determination that appellant committed acts which, if committed by an adult, would constitute the crimes of reckless endangerment in the first and second degrees and criminal mischief in the fourth degree, and placed him on probation for a period of 2 years, unanimously affirmed, without costs.

The court's findings were based on legally sufficient evidence and were not against the weight of the evidence. We see no reason to disturb the court's determinations as to the credibility and reliability of testimony, and we reject appellant's claim that the court materially misunderstood the testimony of appellant's witness. Concur—Wallach, J. P., Rubin, Williams, Mazzarelli and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CAPLE, Appellant. [670 NYS2d 82] —Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered February 3, 1993, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of evidence. We see no reason to disturb the jury's credibility determination that the complainant, notwithstanding his offering of some resistance to the robbery, subjectively believed (*see, People v Baskerville,* 60 NY2d 374, 380) the codefendant to be armed with a pistol aimed through his pocket (*see, People v Mercado,* 148 AD2d 365, 366, *lv denied* 73 NY2d 1018). We have reviewed defendant's remaining arguments and find them to be without merit. Concur—Wallach, J. P., Rubin, Williams, Mazzarelli and Saxe, JJ.